2/20/2010     Brokestraightboys.com - Broke Straight ...

Show Summary View     Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Registrant Search | Registrant Alert |

Ads by Google

**Christian Matchmaking**
Find Christians singles ready for a committed relationship. Free join!
Matchmaker.com/ChristianMatchmaking

**Phoenix Singles Club**
Singles Activity Club in Phoenix Great Events Planned Every Night!
www.EventsAndAdventures.com

**Chat with Singles Free**
Browse Photo Profiles, Talk to Singles & Match by Compatibility!
SinglesNet.com

## Whois BrokeStraightBoys.com

Acquire this Domain Name

Search Whois Records [ ] Search

Thumbnail: 2009-12-14

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**     1 | 2 | 3 | More >

- TexasBoys.com ($628)
- FreeBoys.com ($628)
- ZipBoys.com ($1,888)
- BestBoys.com ($500)
- GoodBoys.com ($628)

| | |
|---|---|
| Registrant Search: | "BluMedia" owns about 503 other domains |
| Email Search: | admin@blumedia.com is associated with about 462 domains |
| Registrar History: | 1 registrar |
| NS History: | 3 changes on 2 unique name servers over 6 years. |
| IP History: | 6 changes on 4 unique name servers over 6 years. |
| Whois History: | 141 records have been archived since 2005-07-29. |
| Dedicated Hosting: | brokestraightboys.com is hosted on a dedicated server. |

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Find out more >

Queue this Domain for Update

**GRAB YOUR .BE DOMAIN FOR ONLY 3EUR / $4.50**

```
Registrant:
BluMedia
Po Box 351625
Westminster, CO 80035
US
303-999-9999

Domain Name: BROKESTRAIGHTBOYS.COM

Administrative Contact:
Erickson, Mark   admin@blumedia.com
Po Box 351625
Westminster, CO 80035
US
303-999-9999

Technical Contact:
Erickson, Mark   admin@blumedia.com
Po Box 351625
Westminster, CO 80035
US
303-999-9999

Record last updated 05-03-2009 04:49:58 PM
Record expires on 09-06-2016
Record created on 09-06-2004

Domain servers in listed order:
     NS1.MOJOHOST.COM        64.59.64.2
     NS2.MOJOHOST.COM        64.59.65.2
```

**Country TLDs**    **General TLDs**

| | |
|---|---|
| BrokeStraightBoys.be | Buy |
| BrokeStraightBoys.ch | Buy |
| BrokeStraightBoys.de | Buy |
| BrokeStraightBoys.dk | Buy |
| BrokeStraightBoys.fr | Buy |
| BrokeStraightBoys.it | Buy |

Show all (11) >

**Buy all selected >**

Show Summary View                                        Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Registrant Search | Registrant Alert |

Ads by Google

### Christian Matchmaking
Find Christians singles ready for a committed relationship. Free join!
Matchmaker.com/ChristianMatchmaking

### Phoenix Singles Club
Singles Activity Club in Phoenix Great Events Planned Every Night!
www.EventsAndAdventures.com

### Chat with Singles Free
Browse Photo Profiles, Talk to Singles & Match by Compatibility!
SinglesNet.com

## Whois BrokeStraightBoys.com

Acquire this Domain Name

Search Whois Records [        ] Search

Thumbnail:                          2009-12-14

**Whois Record    Site Profile    Registration    Server Stats    My Whois**

### Registration

**Related Domains For Sale or At Auction**                          1  2  3  More >

SoccerBoys.com ($1,000)       AmericanBoys.com ($628)       BrainBoys.com ($1,588)
LifeBoys.com ($988)           BallBoys.com ($500)           BoysPlus.com ($1,888)

|  |  |
|---|---|
| ICANN Registrar: | DIRECTNIC, LTD |
| Created: | 2004-09-06 |
| Expires: | 2016-09-06 |
| Updated: | 2009-12-25 |
| Registrar Status: | ok |
| Name Server: | NS1.MOJOHOST.COM (has 20,105 domains) |
|  | NS2.MOJOHOST.COM (has 20,105 domains) |
| Whois Server: | whois.directnic.com |
| General TLDs: | BrokeStraightBoys.com (registered and active website) |
|  | BrokeStraightBoys.net (registered and active website) |
|  | BrokeStraightBoys.org (registered and active website) |
|  | BrokeStraightBoys.biz (registered and active website) |
|  | BrokeStraightBoys.info (registered and active website) |
|  | BrokeStraightBoys.us (registered and active website) |

Queue this Domain for Update

**Country TLDs    General TLDs**

BrokeStraightBoys.be                Buy
BrokeStraightBoys.ch                Buy
BrokeStraightBoys.de                Buy
BrokeStraightBoys.dk                Buy
BrokeStraightBoys.fr                Buy
BrokeStraightBoys.it                Buy

Show all (11) >

### Buy all selected >

Show Summary View                              Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Registrant Search | Registrant Alert |

Ads by Google

**Phoenix Singles Club**
Singles Activity Club in Phoenix Great Events Planned Every Night!
www.EventsAndAdventures.com

**Match.com® Register Free**
Search the World's Leading Dating Site & Find Singles Near You Today!
www.Match.com

## Whois StraightBoysAreBroke.com

**Acquire this Domain Name**

Search Whois Records [          ]  Search

**Add Missing Thumbnail:**
Queue Thumbnail For Addition

Whois Record | Site Profile | Registration | Server Stats | My Whois

### Whois Record

Related Domains For Sale or At Auction                    1 2 3 More >

AbcBoys.com ($628)          AmericanBoys.com ($628)        GoodBoys.com ($628)
ZipBoys.com ($1,888)        GreenBoys.com ($628)

**Country TLDs    General TLDs**

| Registrant Search: | "Moniker Privacy Services" owns about 236 other domains |
| Registrar History: | 1 registrar |
| NS History: | 2 changes on 3 unique name servers over 3 years. |
| IP History: | 3 changes on 3 unique name servers over 3 years. |
| Whois History: | 17 records have been archived since 2007-12-31. |
| Dedicated Hosting: | straightboysarebroke.com is hosted on a dedicated server. |

StraightBoysAreBroke.at    Buy
StraightBoysAreBroke.be    Buy
StraightBoysAreBroke.ch    Buy
StraightBoysAreBroke.cn    Buy
StraightBoysAreBroke.co.uk Buy
StraightBoysAreBroke.de    Buy

Show all (18) >

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!  Find out more >

**Buy all selected >**

```
Domain Name: STRAIGHTBOYSAREBROKE.COM
Registrar: MONIKER

Registrant [2383475]:
        Moniker Privacy Services    straightboysarebroke.com@domainservice.com

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US

Administrative Contact [2383475]:
        Moniker Privacy Services    straightboysarebroke.com@domainservice.com

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Billing Contact [2383475]:
        Moniker Privacy Services    straightboysarebroke.com@domainservice.com

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
```

Show Summary View                              Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more > |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Registrant Search | Registrant Alert |

Ads by Google

**Phoenix Singles Club**
Singles Activity Club in Phoenix Great Events Planned Every Night!
www.EventsAndAdventures.com

**Match.com® Register Free**
Search the World's Leading Dating Site & Find Singles Near You Today!
www.Match.com

## Whois StraightBoysAreBroke.com

Acquire this Domain Name

Search Whois Records [          ]  Search

**Add Missing Thumbnail:**
Queue Thumbnail For Addition

Whois Record | Site Profile | Registration | Server Stats | My Whois

### Registration

**Related Domains For Sale or At Auction**    | 1 | 2 | 3 | More > |

BallBoys.com ($500)          FreeBoys.com ($628)        LifeBoys.com ($988)
TexasBoys.com ($628)         SuperBoys.com ($628)       ChinaBoys.com ($628)

**Country TLDs**    **General TLDs**

| ICANN Registrar: | MONIKER ONLINE SERVICES, INC. |
| Created: | 2007-06-11 |
| Expires: | 2010-06-11 |
| Updated: | 2009-12-27 |
| Registrar Status: | clientDeleteProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Server: | NS1.MOJOHOST.COM (has 20,105 domains) |
| | NS2.MOJOHOST.COM (has 20,105 domains) |
| Whois Server: | whois.moniker.com |
| General TLDs: | StraightBoysAreBroke.com (registered and active website) |
| | StraightBoysAreBroke.net (registered and active website) |
| | StraightBoysAreBroke.org (never registered before) |
| | StraightBoysAreBroke.biz (never registered before) |
| | StraightBoysAreBroke.info (never registered before) |
| | StraightBoysAreBroke.us (never registered before) |

StraightBoysAreBroke.at    Buy
StraightBoysAreBroke.be    Buy
StraightBoysAreBroke.ch    Buy
StraightBoysAreBroke.cn    Buy
StraightBoysAreBroke.co.uk    Buy
StraightBoysAreBroke.de    Buy

Show all (18) >

**Buy all selected >**

Web   Images   Videos   Maps   News   Shopping   Mail   more ▼

**admin@blumedia.com** | Web History | My Account | Sign out

Google    straight guys are broke         [Search]   Advanced Search
                                                     Preferences

Web   Show options...       Results **1 - 10** of about **1,610,000** for **straight guys are broke**. (**0.24** seconds)

Results include your SearchWiki notes for **straight guys are broke**.   ⊞Share these notes

Original **Broke Straight** Boys.com - Every **straight** guy has his ...   - 23 visits - Apr 24
Original **Broke Straight** Boys.com - Every **straight** guy has his price. Hardcore **straight** boys
first gay porno.
www.**brokestraight**boys.com/ - Cached - Similar -

**Straight Guys are Broke**
**Straight Guys are Broke**. Warning! This is an ADULTS ONLY web site! The material
contained in this site is adult oriented and sexually explicit. **...**
www.**straightguysarebroke**.com/ - Cached - Similar -

  **Straight Guys are Broke**.com
  Cody Mitchell & Dustyn Michaels - **Straight Guys are Broke** 28 Minutes of video & 89 Photos
  in this **...** CUM SEE WHAT **STRAIGHT BROKE GUYS** WILL DO FOR MONEY! **...**
  **straightguysarebroke**.com/maintour.php/3710/131/A - Cached - Similar -
  More results from straightguysarebroke.com »

**Broke Straight** Boys.com - Free hardcore gay video samples of our ...
COM - They're hot, they're **straight** but most of all these boys are **broke**. **...** When you join
**Broke Straight** Boys, you also get FREE access to bonus websites. **...**
www.**brokestraight**boys.com/boys_first_time_1.php - Cached - Similar -

**Straight Guys Are Broke** : Daily Gay Porno
Posted on March 22, 2008 - Filed Under 1$ trials, **Straight Guys Are Broke**, **straight guys** | 1
Comment | 4222 Views. download-**straight-guys-are-broke**-movies. **...**
dailygayporno.com/watch/**straight-guys-are-broke**/ - Cached - Similar -

**Straight Guys Are Broke** review StraightGuysAreBroke by Rabbit
Read an honest and in-depth **Straight Guys Are Broke** review.
www.rabbitsreviews.com/.../**Straight-Guys-Are-Broke**.html - Cached - Similar -

**Straight Guys Are Broke** Review straightguysarebroke.com - By Hoes.com
Nov 12, 2007 **... Straight** men looking to make a quick buck agree to fuck complete strangers
in front of the camera for cash in the exclusive content **...**
www.hoes.com/reviews/s/**straight_guys_are_broke**.html - Cached - Similar -

**straight guys are broke** torrents search
**straight-guys-are-broke** torrent search results. Bittorrent downloads listed here. Download
your favorite torrents at Torrent Reactor.
www.torrentreactor.net/find/**straight-guys-are-broke** - Cached - Similar -

gay porn **straight guys are broke** torrent downloads
Torrent downloads related to gay porn **straight guys are broke** at onlytorrents.com!
Download this torrent from our download location, see more details bellow **...**
www.onlytorrents.com/.../gay-porn-**straight-guys-are-broke** - Cached - Similar -

**Straight guys are broke** download Torrent Downloads - NowTorrents
Download **straight guys are broke** download torrents. Download your favorite **straight guys**

Case 1:11-cv-00856-RPM-BNB Document 1-1 Filed 04/01/11 USDC Colorado Page 8 of 16

broke straight guys - Yahoo! Search Results                                    Page 2 of 16

Yahoo! My Yahoo! Mail    Welcome, **internet_visions** [Sign Out] Help

Web | Images | Video | Local | Shopping | more

| broke straight guys | **Search** | Options   Customize

1 - 10 of 20,500,000 for **broke straight guys** (About) - 0.33 s |    SearchScan<sup>BETA</sup> On

Search Pad BETA

### Straight Guys Go Gay - StraightGuysAreBroke.com
See **straight guys** in all-male movies at **Straight Guys** Are **Broke**. For $1.00 watch our
**straight** dudes give blow jobs and bang gay **guys** for money.
www.straightguysarebroke.com

#### Straight Guys are Broke - $1 Trial
Jack London & Jack Spade - **Straight Guys** are **Broke**. 26 Minutes of video & 211 ...
Rogue - **Straight Guys** Are **Broke** ... WHAT **STRAIGHT BROKE GUYS** WILL DO ...
straightguysarebroke.com/maintour.php/21663/130/0 - Cached

### Broke Straight Boys Blog - Hardcore gay guys having first times with ...
**Broke Straight** Boys.com - **Straight** Boys First Times ... You must be 18 years or older to
enter the site. CLICK HERE TO ENTER **BROKE STRAIGHT** BOYS BLOG ...
brokestraightboys.net - Cached

### Broke Straight Boys
<span class ... You can contact us at admin@**broke-straight-guys**.com"> Welcome to our
site. ... You can contact us at admin@**broke-straight-guys**.com ...
broke-straight-guys.com - Cached

#### Broke Straight Guys
Watch how desperate **straight** boys do anything for a few bucks. ... twinks fuck, hot
gay twinks, naked gay twinks, **straight broke guys**, straightboys ...
broke-straight-guys.com/blog - 51k - Cached

### Straight Guys Are Broke
Continue To Main Page>> Warning: This site contains sexually explicit material ... If you are
offended by, or if you cannot legally view this material please leave ...
rrgalleries.com/straightguysarebroke/image_galleries/77/?id=22871/130 - Cached

### broke straight guys gay sex at straightguysarebroke.org
**broke straight guys** gay sex free yahoo personals are online ... **Broke Straight Guys**.
**Straight Guys**. Friends. Free Online Dating. Dating Service. Dating Site ...
www.straightguysarebroke.org/index.html - Cached

### Straight Boys Gone Broke.com - They're hot and straight but most of all ...
**Straight** Boys Gone **Broke**.com - They're hot & **straight** but most of all ... are 18 years or
older and no **straight guys** were harmed in the making of this website. ...
brokestraightguysmovies.com - Cached

### Broke and Horny - Straight Guys Going Gay for $$ - Straight Male Videos ...
**Broke** and Horny - **Straight Guys** Going Gay for $$! Exclusive Photos and Videos of ...
**Straight guys** jerking off and getting naked for the first time in front of a ...
brokeandhorny.com - Cached

### Straight Guys are Broke Ava Devine
**Straight Guys** are **Broke** Ava Devine. From: ... **Straight Guys** are **Broke** Ava Devine -
http://straightguysarebroke.com/maintour.php/21663/131/A ...
www.sflcoc.com/_sflgb/00002e9b.htm - Cached

**1**  2  3  4  5  6  7  8  9  10  11   Next >

| broke straight guys | **Search** |

© 2009 Yahoo!  Privacy / Legal - Submit Your Site  SearchScan<sup>BETA</sup> displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red
ratings.

special advertising section

They're hot and straight but most of all they're broke!
BROKE BOYS.COM

genremagazine.com SEPTEMBER 2008 GENRE

special advertising section

# BROKE

## .com EVERYONE HAS THEIR PRICE!





Cybersocket
September 2007
Issue 9.9



**BROKESTRAIGHTBOYS**
They're hot and straight but most of all they are broke!
WWW.BROKESTRAIGHTBOYS.COM • WWW.BROKESTRAIGHTBOYS.COM

Cybersocket
October 2007
Issue 9.10



Cybersocket
January 2008
Issue 10.1