IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

    Plaintiff,
v.

SORDID ONES BV dba GAYGRAVY.com and
DeeCash dba TripleXCash and dba TripleXCash.com
And dba MitZasInc.com and dba DeeDevelopments.com
dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com and
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20

    Defendants.
_____

ORDER ALLOWING MOTION FOR APPLICATIONS TEMPORARILY SEALING PORTIONS
OF THE FILE TO BE FILED UNDER SEAL AND ALLOWING MOTION FOR ALTERNATE
SERVICE TO BE FILED UNDER SEAL
_____

    Upon review of the motion to seal [3] filed August 4, 2011, it is

    ORDERED that the documents contained in Plaintiff's Motion for Order Temporarily Sealing the Portions of the File shall be filed under seal. It is

    FURTHER ORDERED that the documents contained in Plaintiff's Motion for Order Permitting Alternate Service of the Summons and Complaint on Defendants Sordid Ones BV dba Gaygravy.com, and DeeCash dba TripleXCash and dba TripleXCash.com and dba MitZasInc.com and DeeDevelopments.com and AdultDevelopments.com and StudPay.com shall be filed under seal.

    Dated: August 4th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Hon. Richard P. Matsch
                                United States District Judge