IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

      Plaintiff,
v.

SORDID ONES BV dba GAYGRAVY.com and
DeeCash dba TripleXCash and dba TripleXCash.com
And dba MitZasInc.com and dba DeeDevelopments.com
dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com and
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20

      Defendants.
_____

ORDER ALLOWING MOTION FOR ALTERNATE SERVICE OF THE SUMMONS AND
COMPLAINT ON DEFENDANTS
_____

      Upon review of the motion for alternate service, it is

      ORDERED that Plaintiff's Motion for Order Permitting Alternate Service of the Summons and Complaint on Defendants Sordid Ones BV dba Gaygravy.com, and DeeCash dba TripleXCash and dba TripleXCash.com and dba MitZasInc.com and DeeDevelopments.com AdultDevelopments.com and StudPay.com is granted.  Plaintiff BluMedia Inc. is therefore permitted to serve the summons and complaint in the above-captioned case via email on Defendants Sordid Ones BV dba Gaygravy.com, and DeeCash dba TripleXCash and dba TripleXCash.com and dba MitZasInc.com and DeeDevelopments.com AdultDevelopments.com and StudPay.com via email at the following email addresses: matt@mpcollins.com; Jason@sobvsites.com; Terrence@deedevelopments.com; Nick@TripleXCash.com;

Nick@GayGravy.com; Richard@DeeCash.com; Richard@MitZasInc.com

Dated: August 4th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Hon. Richard P. Matsch
                                        United States District Judge