IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

    Plaintiff,

v.

SORDID ONES BV dba GAYGRAVY.com and
DeeCash dba TripleXCash and dba TripleXCash.com
And dba MitZasInc.com and dba DeeDevelopments.com
dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com and
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20

    Defendants.

## MOTION FOR DEFAULT JUDGMENT

    COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad L. Belville,

and respectfully requests that this Court enter Default Judgment against Defendants SORDID

ONES BV dba GAYGRAVY.com and DeeCash dba TripleXCash and dba TripleXCash.com

And dba MitZasInc.com and dba DeeDevelopments.com dba ADULTDEVELOPMENTS.com and dba STUDPAY.com.  In support of its motion, Plaintiff provides the attached Brief and Declaration.

DATED:  November 1, 2011           Respectfully submitted,

By:

/s/ Chad L. Belville

Chad  Belville, Attorney at Law

Iowa Bar # 015731

| | |
|---|---|
| Physical Address | 304 East Beth Drive<br>Phoenix, AZ 85042 |
| MAILING ADDRESS: | P.O. Box 17879<br>Phoenix, AZ 85066 |
| | Telephone:  602-904-5485<br>FAX:  602-297-6953<br>E-mail cbelville@azbar.org |

ATTORNEY FOR PLAINTIFF

Certificate of Service:

I hereby certify that the foregoing document, along with the aforementioned Brief, Declaration, and all attachments, was emailed to the email addresses allowed in Order Allowing Alternative Service:  matt@mpcollins.com; Jason@sobvsites.com; Terrence@deedevelopments.com; Nick@TripleXCash.com; Nick@GayGravy.com; Richard@DeeCash.com; Richard@MitZasInc.com

Dated:  November 1, 2011

/s/ Chad L. Belville
304 East Beth Drive
Phoenix, AZ 85042
Telephone +1 602 904 5485
Fax +1 602 297 6953
Email cbelville@azbar.org