IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 11-cv-00856-RPM-BNB | Date: October 2, 2012 |
| --- | --- | --- |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
| --- | --- |
| BLUMEDIA INC.<br>**Plaintiff(s)** | *Chad L. Belville* |
| v. | |
| SORDID ONES BV<br>MEDIA REVENUE<br>**Defendant(s)** | *Thomas Sadaka* |

## COURTROOM MINUTES

**MOTION HEARING/SCHEDULING CONFERENCE**

Court in Session: 1:29 p.m.

Appearance of counsel.

Rule 26(a)(1) disclosures: no issues at this time.

Each separately represented or pro se party is allowed:
10 depositions not including experts, limited to one day of 7 hours.
25 interrogatories.
25 requests for production of documents.
25 requests for admissions.

Deadline for joinder of parties and amendment of pleadings is: October 19, 2012.

Discovery cut-off is: March 4, 2013.

The dispositive motion deadline is: April 4, 2013.

Parties shall designate no more than four (4) experts no later than: January 4, 2013.

Parties shall designate all rebuttal experts no later than:  February 4, 2013.

All written discovery shall be served such that responses are due by the discovery cut off.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Pretrial Conference set for May 23, 2013 at 1:00 p.m., proposed Pretrial Order to be submitted on or before May 16, 2013.

Argument on [26] Motion for Sanctions given.

ORDERED:    For reasons stated on the record, [26] Plaintiff's Motion for Sanctions is
            DENIED.

Court in Recess: 1:58 p.m.    Hearing concluded.    Total time in Court: 00:29

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119