IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colorado corporation, a/k/a Intense Cash d/b/a BrokeStraightBoys.com and d/b/a BrokeStraightGuys.com,

Plaintiff,

v.

SORDID ONES BV d/b/a Gaygravy.com;
DEECASH d/b/a TripleXCash and d/b/a TripleXCash.com and d/b/a MitZasInc.com and d/b/a DeeDevelopments.com d/b/a AdultDevelopments.com and d/b/a Studpay.com;
JOHN DOES 1-20;
JANE DOES 1-20;
XYZ COMPANIES 1-20; and
MEDIA REVENUE, INC., d/b/a MediaRevenue.com, as alter ego of Robert Rice, and Commercial Gift Incentives, as alter ego of Media Revenue,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Sanctions** [Doc. # 26, filed 8/9/2012]. I held a hearing on the Motion for Sanctions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion for Sanctions [Doc. # 26] is DENIED.

Dated October 2, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge