IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

      Plaintiff,

v.


SORDID ONES BV dba GAYGRAVY.com;
DeeCash dba TripleXCash and dba TripleXCash.com And dba MitZasInc.com and dba
DeeDevelopments.com dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com;
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20;
and MEDIA REVENUE, INC. dba MediaRevenue.com
as alter ego of Robert Rice, and Commerce
Gift Incentives, as alter ego of Media Revenue

      Defendants.

_____

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT
_____

      On September 13, 2012, United States Magistrate Judge Boyd N. Boland filed his

recommendation that the plaintiff's motion for default judgment [10] be denied.  Upon review of

the recommendation, no objection having been filed, it is

      ORDERED that the plaintiff's motion for default judgment is denied.

      Dated:   October 3rd, 2012

                        BY THE COURT:


                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge