IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colordao corporation, a/k/a Intense Cash d/b/a BrokeStraightBoys.com and d/b/a BrokeStraightGuys.com,

Plaintiff,

v.

SORDID ONES BV d/b/a Gaygravy.com,
DEECASH d/b/a TripleXCash and d/b/a TripleXCash.com and d/b/a MitZasInc.com and d/b/a DeeDevelopments.com d/b/a AdultDevelopments.com and d/b/a Studpay.com,
JOHN DOES 1-20, JANE DOES 1-20, and XYZ Companies 1-20, and
MEDIA REVENUE,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Appear by Telephone Status Conference** [docket no. 46, filed November 26, 2012] (the "Motion").

      IT IS ORDERED that the Motion is DENIED.  My previous order [45] was specific. Counsel must appear in person.

DATED:  November 26, 2012