IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash d/b/a BrokeStraightBoys.com
and d/b/a BrokeStraightGuys.com;

       Plaintiff,

v.

SORDID ONES BV dba GAYGRAVY.com;
DeeCash dba TripleXCash and dba TripleXCash.com
and dba MitZasInc.com and dba DeeDevelopments.com
dba ADULTDEVELOPMENTS.com and dba STUDPAY.com;
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20;
and **MEDIA REVENUE**;

       Defendants.

---

JOINT MOTION TO DISMISS DEFENDANT MEDIA REVENUE AND
STRIKE Doc. 30 AMENDED COMPLAINT

---

Plaintiff BluMedia Inc. and Defendant Media Revenue now JOINTLY MOVE the Court to DISMISS Defendant Media Revenue with prejudice and STRIKE Document 30, Amended Complaint and associated attachments.

The parties also jointly move to strike the domains www.brokeassboys.com and www.realbrokeboys.com from the pleadings so that the registrar lock on those domains may be lifted.

Each party to pay its own costs.

2

| | |
|---|---|
| /s/ Chad L. Belville | /s/ Thomas A. Sadaka |
| Chad L. Belville | Thomas A. Sadaka |
| Admitted to the Colorado District Court | NeJame, LaFay, Jancha, Ahmed |
| 4742 North 24th Street, Suite 315 | Barker, Joshi & Moreno, P.A. |
| Phoenix, Arizona 85016 | 189 S. Orange Avenue, Suite 1800 |
| P.O. Box 17879 | Orlando, Florida 32801 |
| Phoenix, Arizona 85011 | Telephone: (407) 245-1232 |
| Telephone: (602) 904-5485 | Attorney for Defendant Media Revenue, Inc. |
| Attorney for Plaintiff | |