IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

      Plaintiff,
v.

SORDID ONES BV dba GAYGRAVY.com;
DeeCash dba TripleXCash and dba TripleXCash.com and dba MitZasInc.com and dba
DeeDevelopments.com dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com;
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20;
and MEDIA REVENUE, INC. dba MediaRevenue.com
as alter ego of Robert Rice, and Commerce
Gift Incentives, as alter ego of Media Revenue

      Defendants.
_____

ORDER DISMISSING DEFENDANT MEDIA REVENUE, INC., WITH PREJUDICE AND STRIKING THE DOMAINS WWW.BROKEASSBOYS.COM AND WWW.REALBROKEBOYS,COM
_____

      Pursuant to the Joint Motion to Dismiss Defendant Media Revenue, filed November 27, 2012, it is

      ORDERED that this civil action is dismissed as to Defendant Media Revenue, with prejudice, and it is

      ALSO ORDERED that the domains www.brokeassboys.com and www.realbrokeboys.com are stricken from the pleadings and it is

      FURTHER ORDERED that on or before December 18, 2012, the plaintiff will file an explanation of the purpose of striking the amended complaint.

      Dated:   December 6th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge