IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash d/b/a BrokeStraightBoys.com
and d/b/a BrokeStraightGuys.com;

      Plaintiff,

v.

SORDID ONES BV dba GAYGRAVY.com;
DeeCash dba TripleXCash and dba TripleXCash.com
and dba MitZasInc.com and dba DeeDevelopments.com
dba ADULTDEVELOPMENTS.com and dba STUDPAY.com;
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20;
and **MEDIA REVENUE**;

      Defendants.

---

## EXPLANATION OF REQUEST

---

Plaintiff BluMedia Inc. requested that the Amended Complaint be struck with the intention of renewing the request for Default against the original Defendants.

If the Amended Complaint is not struck the Plaintiff would serve the Amended Complaint as well as any Order dismissing Defendants Media Revenue on the original Defendants and then request entry of Default. Plaintiff is amenable to options to expedite closing this case.

/s/ Chad L. Belville

Chad L. Belville

Admitted to the Colorado District Court
4742 North 24th Street, Suite 315
Phoenix, Arizona 85016
P.O. Box 17879
Phoenix, Arizona 85011
Telephone:   (602) 904-5485
Attorney for Plaintiff