IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash d/b/a BrokeStraightBoys.com
and d/b/a BrokeStraightGuys.com;

       Plaintiff,

v.

SORDID ONES BV dba GAYGRAVY.com;
DeeCash dba TripleXCash and dba TripleXCash.com
and dba MitZasInc.com and dba DeeDevelopments.com
dba ADULTDEVELOPMENTS.com and dba STUDPAY.com;
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20;
and **MEDIA REVENUE**;

       Defendants.

---

## MOTION TO STRIKE DOMAINS FROM COMPLAINT

---

    Plaintiff BluMedia Inc. MOVES the Court to STRIKE the following domains from the

Complaint so that the registrar lock on these domains may be lifted.

    www.pridepornpass.com, www.15tops1bottom.com, www.malltwinks.com,

www.realmalesexscandals.com, www.exposedboyfriends.com,

www.thugsonwhiteboys.com, www.povboys.com, www.myteachertaughtme.com,

www.dadsfuckboys.com, www.asianboysinpain.com, www.straightfuckfest.com,

www.creamfilledtwinks.com, www.coverhisface.com, www.twinkpopstars.com,

www.realhardbarebacking.com, www.twinkstakeitbig.com, www.twinksinpain.com,

1

www.straightinternal.com, www.pantyassboys.com, www.straightcumswap.com, www.brazilbus.com, www.brazilblow.com, www.pridevault.com, www.pridemov.com, www.twinkmov.com, www.gaydownloadkey.com, www.biarchive.com, www.shemaletitan.com, www.darkbeef.com, www.leatherbang.com, www.dirtythirtyclub.com.

Counsel for Defendant Media Revenue does not oppose this motion.

Respectfully submitted this 26th of December, 2012

/s/ Chad L. Belville

Chad L. Belville
Admitted to the Colorado District Court
4742 North 24th Street, Suite 315
Phoenix, Arizona 85016
P.O. Box 17879
Phoenix, Arizona 85011
Telephone:     (602) 904-5485
Attorney for Plaintiff

Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on December 26, 2012 a copy of this Motion was served upon the attorneys and parties listed through the Court's Electronic Case Filing System.

/s/ Chad L. Belville