IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

    Plaintiff,
v.

SORDID ONES BV dba GAYGRAVY.com;
DeeCash dba TripleXCash and dba TripleXCash.com and dba MitZasInc.com and dba
DeeDevelopments.com dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com;
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20;

    Defendants.
_____

### ORDER DENYING REQUEST TO STRIKE AMENDED COMPLAINT
_____

On November 27, 2012, the appearing parties Blue Media Inc. and Media Revenue moved to dismiss Media Revenue as a defendant and to strike Domains from the pleading and also to strike the Amended Complaint [30], the Court granted the motions to dismiss and the striking of the domains and requested an explanation for the purpose of striking the Amended Complaint. The plaintiff has responded with an explanation of that request, filed December 18, 2012 [51], the request is an inappropriate pleading request, accordingly, it is

ORDERED that the request to strike the Amended Complaint is denied and service of the Amended Complaint is required for any relief against the defendants other than Media Revenue, Inc.

Dated:  January 2nd, 2013

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge