IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

    Plaintiff,

v.

SORDID ONES BV dba GAYGRAVY.com;
DeeCash dba TripleXCash and dba TripleXCash.com and dba MitZasInc.com and dba
DeeDevelopments.com dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com;
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20;

    Defendants.
_____

ORDER GRANTING MOTION TO STRIKE DOMAINS FROM THE COMPLAINT
_____

After review of plaintiff's Motion to Strike Domains for the Complaint, filed December 26, 2012 [52], it is

ORDERED that the motion is granted and the following domains are stricken from the Amended Complaint:

www.pridepornpass.com, www.15tops1bottom.com, www.malltwinks.com,
www.realmalesexscandals.com, www.exposedboyfriends.com,
www.thugsonwhiteboys.com, www.povboys.com, www.myteachertaughtme.com,
www.dadsfuckboys.com, www.asianboysinpain.com, www.straightfuckfest.com,
www.creamfilledtwinks.com, www.coverhisface.com, www.twinkpopstars.com,
www.realhardbarebacking.com, www.twinkstakeitbig.com, www.twinksinpain.com,
www.straightinternal.com, www.pantyassboys.com, www.straightcumswap.com,
www.brazilbus.com, www.brazilblow.com, www.pridevault.com, www.pridemov.com,
www.twinkmov.com, www.gaydownloadkey.com, www.biarchive.com,
www.shemaletitan.com, www.darkbeef.com, www.leatherbang.com, and
www.dirtythirtyclub.com.

DATED: January 2nd , 2013

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge