IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

Plaintiff,

v.

SORDID ONES BV dba GAYGRAVY.com;
DeeCash dba TripleXCash and dba TripleXCash.com
and dba MitZasInc.com and dba DeeDevelopments.com
dba ADULTDEVELOPMENTS.com and dba STUDPAY.com;
JOHN DOES 1-20; JANE DOES 1-20; and XYZ Companies 1-20,

Defendants.

---

PLAINTIFF'S THIRD MOTION FOR CLERK'S ENTRY OF DEFAULT

---

Plaintiff, BluMedia Inc. ("Plaintiff") respectfully submits this request in support of its Third Motion for Clerk's Entry of Default against Defendants SORDID ONES BV dba GAYGRAVY.com and DeeCash dba TripleXCash and dba TripleXCash.com and dba MitZasInc.com and dba DeeDevelopments.com dba ADULTDEVELOPMENTS.com and dba STUDPAY.com and JOHN DOES 1-20, JANE DOES 1-20, and XYZ Companies 1-20.

Plaintiff hereby requests that the Clerk of the Court for the District of Colorado enter Default in this matter against Defendants, pursuant to Federal Rule of Civil Procedure 55(1), on the grounds that said Defendants have failed to respond to the Amended Complaint, within the time prescribed by the Federal Rules of Civil Procedure.

On the 4th (fourth) day of August, 2011, the Court issued an Order allowing Alternate Service of Summons and Complaint upon the named Defendants via email. [Doc 6] Defendants were served with the Summons and Amended Complaint and attachments in accordance with the Court's Order, on January 8, 2013. [Doc 55]

Defendant's responsive pleading became due twenty-one days later, on January 29, 2013. Defendants have not filed a pleading in response to the amended complaint as of February 27, 2013. (See Belville Affidavit in support of this second motion for clerk's entry of default)

Further, Plaintiff certifies that Defendant(s) is/are neither under any physical or legal disability nor in the military service of the United States of America.

The above-stated facts are set forth in the accompanying Affidavit of Chad L. Belville, filed in conjunction herewith.

Respectfully submitted this 4 day of March, 2013.

By: /s/ Chad L. Belville
Chad Belville, Attorney at Law #015731
4742 North 24th Street, Suite 315
Phoenix, AZ 85016
P.O. Box 17879
Phoenix, AZ 85011

Telephone: 480-203-5861
FAX: 602-297-6953
E-mail cbelville@azbar.org
Admitted to Colorado District Court
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I, Chad Belville, Attorney for Plaintiff, hereby certify that on March 4, 2013, I filed the foregoing via the Court's Electronic Case Filing System, and served the foregoing document on Defendants via e-mail, pursuant to the Court's Order Allowing Alternative Service [Doc 6], to the e-mail addresses set forth in that Order, also as in Plaintiff's Certificate of Service filed on January 14, 2013 [Doc 55], as follows:

jason@sobvsites.com
jason@gaygravy.com
matt@mpcollins.com
terrence@deedevelopments.com
nick@triplexcas.com
nick@gaygravy.com
richard@deecash.com
richard@mitzasinc.com

/ s/ Chad L. Belville