IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM


BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

     Plaintiff,

v.

SORDID ONES BV dba GAYGRAVY.com and
DeeCash dba TripleXCash and dba TripleXCash.com
And dba MitZasInc.com and dba DeeDevelopments.com
dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com and
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20

     Defendants.

---

## MOTION FOR DEFAULT JUDGMENT

---

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad L. Belville,

and respectfully requests that this Court enter Default Judgment against Defendants SORDID

ONES BV dba GAYGRAVY.com and DeeCash dba TripleXCash and dba TripleXCash.com

And dba MitZasInc.com and dba DeeDevelopments.com dba ADULTDEVELOPMENTS.com and dba STUDPAY.com.  In support of its motion, Plaintiff provides the attached Brief and Declaration.

DATED:  June 25, 2013                      Respectfully submitted,


By:


/s/ Chad L. Belville

Chad Belville, Attorney at Law

Iowa Bar # 015731


Physical Address                      837 Central Avenue
                                      Northwood, Iowa 50459

MAILING ADDRESS:                      P.O. Box 17879
                                      Phoenix, AZ 85066

                                      Telephone:  602-904-5485
                                      FAX:  602-297-6953
                                      E-mail cbelville@azbar.org


ATTORNEY FOR PLAINTIFF

Certificate of Service:

I hereby certify that the foregoing document, along with the aforementioned Brief, Declaration, and all attachments, was emailed to the email addresses allowed in Order Allowing Alternative Service:  matt@mpcollins.com; Jason@sobvsites.com; Terrence@deedevelopments.com; Nick@TripleXCash.com; Nick@GayGravy.com; Richard@DeeCash.com; Richard@MitZasInc.com

Dated:  June 25, 2013

/s/ Chad L. Belville
304 East Beth Drive
Phoenix, AZ 85042
Telephone +1 602 904 5485
Fax +1 602 297 6953
Email cbelville@azbar.org