IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

    Plaintiff,

v.

SORDID ONES BV dba GAYGRAVY.com and
DeeCash dba TripleXCash and dba TripleXCash.com
And dba MitZasInc.com and dba DeeDevelopments.com
dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com and
JOHN DOES 1-20, JANE DOES 1-20, and
XYZ Companies 1-20

    Defendants.

---

DECLARATION OF CHUCK ANGERMAN

---

I, Chuck Angerman, declare under penalty of perjury that:

1. I am over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am an officer of BluMedia Inc. I have made myself familiar with the corporate structure of Plaintiff and its parent company, sibling companies, and related entities.

3. I am familiar with the company methods, procedures, production and ownership of intellectual property.

4. I have been involved in the industry of legal adult erotic entertainment production, marketing and management at a management level for over ten (10) years.

6. I have reviewed the evidence of Infringements committed by Defendants which are outlined in the Complaint.

7. I can attest to all of the claims made in Plaintiff's complaint.

8. I am personally aware of the methods utilized by Plaintiff and can attest to the facts and that Plaintiff works require and/or have required great sums of money to create, market, and maintain and far exceed the production value of typical adult erotic entertainment.

8. I am personally aware of the customer service commitment throughout the years utilized by Plaintiff and can attest to the facts and that Plaintiff's level of customer care far exceeds the average level of customer service across the adult industry. I can attest to the fact that consumers are attracted to the BluMedia Inc. brands because of the high level of customer care and absence of fraud or unscrupulous billing which is common among inferior brands.

9. Based upon my experience and judgment, I am certain that Defendant and Defendant websites earned both significant membership and advertising revenue utilizing BluMedia Inc. unauthorized trademarks, trade names, trade dress, and goodwill without compensation to the rightful owners.

10. I have received customer service complaints from Gay Gravy customers who mistakenly believed they had purchased a BluMedia Inc. product. I believe potential BluMedia Inc.

customers are confused by Gay Gravy offerings and purchase those products believing those products are the high quality products of BluMedia Inc.

Signed: Chuck Angerman

Today's Date: 11/01/2011