IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colordao corporation, a/k/a Intense Cash d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com,

Plaintiff,

v.

SORDID ONES BV and John Does 1-20, Jane Does 1-20, and XYZ Companies 1-20, d/b/a
Gaygravy.com d/b/a DeeCash d/b/a d/b/a TripleXCash d/b/a TripleXCash.com d/b/a
MitZasInc.com d/b/a DeeDevelopments.com d/b/a Adultdevelopments.com d/b/a Studpay.com,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Default Judgment** [docket no. 63,
filed June 26, 2013] (the "Motion").

IT IS ORDERED that a hearing on this Motion is set for **October 24, 2013, at 1:30 p.m.,**
in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street,
Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United
States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR
83.2B.  Counsel shall submit to my chambers, on or before **October 17, 2013**, proposed witness
lists, exhibit lists, and original and two copies of all exhibits.  These materials should not be filed
in the clerk's office.  The exhibit list should be prepared on the attached form.  Plaintiff's
exhibits should be marked with yellow labels, using numbers.

DATED:  July 12, 2013

EXHIBIT LIST

CASE NUMBER_____          PLAINTIFF'S LIST_____          DEFENDANT'S LIST_____          THIRD PARTY LIST ____

CASE CAPTION _____ VS. _____ PAGE NUMBER___ DATE_____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, ETC.) and DEFENDANT'S EXHIBIT BY LETTER (A, B, C, A1, A2, A3, B1, B2,  B3, ETC.)

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |