IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action:  11-cv-0856-RPM-BNB   Date: October 24, 2013
Courtroom Deputy: Julie Dynes     FTR: BNB COURTROOM A-401

| *Parties* | *Attorney(s)* |
|---|---|
| BLUMEDIA, INC. | *Chad L. Belville* |
| **Plaintiff(s)** | |
| **v.** | |
| SORDID ONES BV | |
| **Defendant(s)** | |

---

# COURTROOM MINUTES

---

**EVIDENTIARY HEARING**

Court in Session:  1:30 p.m.

Appearance of counsel.

Discussion held on service of process.

**ORDERED: Additional evidence regarding service of process is to be submitted on or before November 2, 2013.**

Discussion held on named defendants.

Plaintiff's witness, Rebecca Buras, called and sworn.

1:44 p.m.  Direct examination of Ms. Buras by Mr. Belville.
      **Pages 1-4 of exhibit 1 admitted.**

Plaintiff's witness, Chuck Angerman, called and sworn.

1:54 p.m.  Direct examination of Mr. Angerman by Mr. Belville.

Plaintiff's witness, Mark Erickson, called and sworn.

2:11 p.m.        Direct examination of Mr. Erickson by Mr. Belville.

Plaintiff's witness, Jason Tucker, called and sworn.

2:59 p.m.        Direct examination of Mr. Tucker by Mr. Belville.

Closing statement.

**ORDERED:      [66] Second Motion for Default Judgment as to Sordid Ones BV  is TAKEN UNDER ADVISEMENT, written recommendation to issue after supplemental evidence on service of process is received.**

Court in Recess:  3:40 p.m.    Hearing concluded.    Total time in Court: 02:10