IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colordao corporation, a/k/a Intense Cash d/b/a BrokeStraightBoys.com and d/b/a BrokeStraightGuys.com,

Plaintiff,

v.

SORDID ONES BV and John Does 1-20, Jane Does 1-20, and XYZ Companies 1-20, d/b/a Gaygravy.com d/b/a DeeCash d/b/a d/b/a TripleXCash d/b/a TripleXCash.com d/b/a MitZasInc.com d/b/a DeeDevelopments.com d/b/a Adultdevelopments.com d/b/a Studpay.com,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      At the request of plaintiff's counsel, IT IS ORDERED that the plaintiff may submit supplemental evidence and authorities in support of its Motion for Default Judgment [Doc. # 63] on or before **November 2, 2013**, and particularly on the issues of (i) the sufficiency of service of process and (ii) authority to order the transfer of a domain.

DATED:   October 24, 2013