IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colordao corporation, a/k/a Intense Cash d/b/a BrokeStraightBoys.com and d/b/a BrokeStraightGuys.com,

Plaintiff,

v.

SORDID ONES BV d/b/a Gaygravy.com;
DEECASH d/b/a TripleXCash and d/b/a TripleXCash.com and d/b/a MitZasInc.com and d/b/a DeeDevelopments.com d/b/a AdultDevelopments.com and d/b/a Studpay.com;
JOHN DOES 1-20;
JANE DOES 1-20;
XYZ COMPANIES 1-20; and

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Motion for Extension to File Supplemental Evidence** [docket no. 70, filed November 11, 2013] (the "Motion").

   IT IS ORDERED that the Motion is GRANTED.

   IT IS ORDERED that on or before **November 15, 2013**, the plaintiff shall submit supplemental evidence in support of its Motion for Default Judgment [Doc. # 63] establishing that defendants Sordid Ones BV and Dee Cash are not minor or incompetent persons; officers or agencies of the United States; nor in the military service.


DATED:  November 12, 2013