IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

    Plaintiff,
v.

SORDID ONES BV dba GAYGRAVY.com;
DeeCash dba TripleXCash and dba TripleXCash.com and dba MitZasInc.com and dba
DeeDevelopments.com dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com;
JOHN DOES 1-20,
JANE DOES 1-20, and
XYZ Companies 1-20;

    Defendants.
_____

## ORDER FOR ENTRY OF FINAL JUDGMENT
_____

Pursuant to the Recommendation of the United States Magistrate Judge Boyd N. Boland, filed November 18, 2013 [74], and no objection having been filed, it is now

ORDERED that the findings of fact and conclusions of law stated in the recommendation are adopted and incorporated by this reference and it is now

FURTHER ORDERED that final judgment shall be entered in favor of the plaintiff and against defendants Sordid Ones BV and DeeCash, jointly and severally in the amount of $2,259,583.00, and it is

FURTHER ORDERED that defendants Sordid Ones BV and DeeCash and their officers, agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them are permanently enjoined from the use of the deceptively similar names and domains of "RealBrokerBoys" and "BrokeAssBoys" or otherwise infringing the plaintiff's trademark and trade dress in and to "broke straight boys," "BrokeStraightBoys.com" and "BrokeStraightGuys.com" and

it is

FURTHER ORDERED that the plaintiff shall recover its costs upon the filing of a Bill of Costs within fourteen days of entry of judgment.

DATED: December 12th , 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge