IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00856-RPM-BNB

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

    Plaintiff,
v.

SORDID ONES BV dba GAYGRAVY.com;
DeeCash dba TripleXCash and dba TripleXCash.com and dba MitZasInc.com and dba
DeeDevelopments.com dba ADULTDEVELOPMENTS.com and
dba STUDPAY.com;
JOHN DOES 1-20,
JANE DOES 1-20, and
XYZ Companies 1-20;

    Defendants.
_____

## FINAL JUDGMENT
_____

Pursuant to the Order for Entry of Final Judgment, entered December 12, 2013, by Senior District Judge Richard P. Matsch, it is

ORDERED that final judgment shall be entered in favor of the plaintiff and against defendants Sordid Ones BV and DeeCash, jointly and severally in the amount of $2,259,583.00, and it is

FURTHER ORDERED that defendants Sordid Ones BV and DeeCash and their officers, agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them are permanently enjoined from the use of the deceptively similar names and domains of "RealBrokerBoys" and "BrokeAssBoys" or otherwise infringing

the plaintiff's trademark and trade dress in and to "broke straight boys,"
"BrokeStraightBoys.com" and "BrokeStraightGuys.com" and it is

FURTHER ORDERED that the plaintiff shall recover its costs upon the filing of a Bill of Costs within fourteen days of entry of judgment.

Dated: December 12, 2013

| Approved: | FOR THE COURT: |
| --- | --- |
|  | Jeffrey P. Colwell, Clerk |
| s/Richard P. Matsch | s/J. Chris Smith |
| By _____ | By _____ |
| Richard P. Matsch | Deputy Clerk |
| Senior District Judge |  |